John F. GARD, Petitioner,

v.

DEPARTMENT OF EDUCATION,
Respondent.

No. 2008–3358.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2008.

James Lawrence Fuchs, Snider & Associates, LLC, Baltimore, MD, for Petitioner.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

James D. SIMS, Claimant–Appellant,

v.

No. 2008–7082.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2008.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.